IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, : | |
| : | |
| Plaintiff, : | |
| : | Case No. 2:12-CR-191 |
| v. : | JUDGE ALGENON L. MARBLEY |
| : | Magistrate Judge Norah M. King |
| ROBERT E. HAINES, JR., : | |
| : | |
| Defendant. : | |

## ORDER

Upon oral motion of counsel for Defendant at the status conference held March 29, 2013, and for good cause shown, this Court hereby authorizes the interim payment of attorney's fees.

**IT IS SO ORDERED.**

                                                  s/ Algenon L. Marbley
                                                  **Algenon L. Marbley**
                                                  **United States District Judge**

**Dated: April 22, 2013**